# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **RASHONDA WOODS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **BEATRICE CALHOUN, JEFF SHORT,** ) <br> **BEN PRATER, OFFICER NORTON,** ) <br> **LT. WOLFE, CHRISTINA McGREW,** ) <br> **MICHELLE DUNLEVY, SARAH** ) <br> **LEHMANN, and WEXFORD** ) <br> **HEALTH SOURCES INC.,** ) <br> ) <br> **Defendants.** ) | **Case Number: 18-cv-3308** |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict against Defendant Ben Prater in the amount of $75,000.00 in compensatory damages awarded.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Wexford Health Sources Inc was terminated on 7/2/2019. Defendants Christina McGrew, Michelle Dunlevy, and Sarah Lehmann were terminated on 8/7/2020. Defendants Officer Norton and Lt. Wolfe were terminated on 10/14/2020. Defendants Beatrice Calhoun and Jeff Short were terminated on 12/6/2021.

**Dated:** December 7, 2021

Approved:  s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court