# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **RASHONDA WOODS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case Number: 18-3308** |
| ) | |
| **BEATRICE CALHOUN, JEFF SHORT,** ) | |
| **BEN PRATER, OFFICER NORTON,** ) | |
| **LT. WOLFE, CHRISTINA McGREW,** ) | |
| **MICHELLE DUNLEVY, SARAH** ) | |
| **LEHMANN, and WEXFORD** ) | |
| **HEALTH SOURCES INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict against Defendant Ben Prater in the amount of $75,000.00 in compensatory damages. Costs of suit are awarded to Plaintiff Rashonda Woods in the amount of $3,420.80. Attorneys' fees are awarded to Plaintiff Rashonda Woods in the amount of $72,140.60, twenty-five percent of which ($18,750.00) shall be paid from the jury award. Plaintiff Rashonda Woods recovers from Defendant Ben Prater the total amount of $131,811.40, consisting of $56,250 from the jury verdict, $3,420.80 in costs, and $72,140.60 in attorneys' fees.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Wexford Health Sources Inc was terminated on 7/2/2019. Defendants Christina McGrew, Michelle Dunlevy, and Sarah Lehmann were terminated on 8/7/2020. Defendants Officer Norton and Lt. Wolfe were terminated on 10/14/2020. Defendants Beatrice Calhoun and Jeff Short were terminated on 12/6/2021.

**Dated:** 7/1/2022

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge